**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JULIAN CARILLO,

Plaintiff,

v.

FCA US, LLC.; and DOES 1 through 10, inclusive,

Defendants.

No. 2:25-cv-05279-JAK (MARx)

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF PROCEDURE 41(a)(1)(A)(ii) [DKT. 25]**

**[CLOSED]**

Based on a review of the Joint Stipulation for Dismissal with Prejudice Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Dkt. 25 (the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is dismissed in its entirety with prejudice, and there will be no further claims by any party for damages, fees, costs or expenses.

**IT IS SO ORDERED.**

Dated: September 8, 2026

John A. Kronstadt
United States District Judge